FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2008 SEP 11 PM 4:51

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LONDRÉ TYWON KINSEY** | CIVIL ACTION |
| versus | NO. 08-1266 |
| WARDEN, CALDWELL CORRECTIONAL CENTER | SECTION: "F" (3) |

## ORDER

The Court, having considered the petition, the record, the applicable law and the Report and Recommendation of the United States Magistrate Judge, and the failure of petitioner to file any objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its own opinion. Accordingly,

**IT IS ORDERED** that respondent's motion for summary judgment is **GRANTED** and that the petition of **Londré Tywon Kinsey** for federal *habeas corpus* relief is **DISMISSED WITHOUT PREJUDICE** for failure to exhaust state court remedies.

New Orleans, Louisiana, this 10th day of SEPT., 2008.

_____
UNITED STATES DISTRICT JUDGE

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep___
___ Doc. No____